IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY HIROSHI NAKASHIMA,             No. C 05-4230 WHA (PR)

          Petitioner,             **JUDGMENT**

  vs.

A. P. KANE, Warden, et al.,

          Respondents.
                                  /

      The court having entered a ruling today denying petitioner's habeas petition, judgment is entered in favor of respondents. Petitioner shall obtain no relief by way of his petition.

      **IT IS SO ORDERED.**

Dated: April __21__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.05\NAKASHIMA230.JUD.wpd